**EXHIBIT A**

ALL ISLAND TRUCK LEASING CORP
AIT TRUCKING CORP
COMBINED

PAYROLL WEEK ENDING 9/10/09

| LAST NAME | FIRST NAME | GROSS |
|---|---|---:|
| BORMAN | LESTER | 840.00 |
| DIAZ | CARLOS | 1,130.00 |
| JOHNSON | CHRISTOPHER | 680.00 |
| KAHN | IMTIAZ | 820.00 |
| LARIOS | PERES | 887.50 |
| MALLIN | VICTORIA | 532.50 |
| MALLOY | ED | 1,000.00 |
| MARTINEZ | MISEAL | 456.00 |
| PURPURA | DEBBIE | 700.00 |
| RAGHOONATH | DEONARIN | 840.00 |
| RAUCH | MARK | 1,840.00 |
| SEEPERSAUD | RAVINDRA | 680.00 |
| TROICI | FRANK | 336.00 |
| VALERIO | YASMIN | 412.50 |
| | | 11,154.50 |