ALL ISLAND TRUCK LEASING CORP
AIT TRUCKING CORP
COMBINED

|  | 10/9/2009 10/31/2009 | NOVEMBER 2009 | DECEMBER 2009 | TOTAL FOR PERIOD |
|---|---|---|---|---|

## SCHEDULE OF EXPENSES FOR THE PERIODS ENDING

| | 10/9/2009 10/31/2009 | NOVEMBER 2009 | DECEMBER 2009 | TOTAL FOR PERIOD |
|---|---|---|---|---|
| **SELLING EXPENSES** | | | | |
| T&E | 1,300.00 | 1,300.00 | 1,300.00 | 3,900.00 |
| TOTAL SELLING EXPENSES | 1,300.00 | 1,300.00 | 1,300.00 | 3,900.00 |
| | | | | |
| **GENERAL & ADMINISTRATIVE** | | | | |
| RENT/TAXES | 9,000.00 | 18,000.00 | 18,000.00 | 45,000.00 |
| UTILITIES | 5,075.00 | 5,075.00 | 5,075.00 | 15,225.00 |
| PAYROLL | 55,641.36 | 74,188.47 | 92,735.60 | 222,565.43 |
| INSURANCE | 10,080.00 | 10,580.00 | 10,580.00 | 31,240.00 |
| TELEPHONE | 2,675.00 | 2,675.00 | 2,675.00 | 8,025.00 |
| OFFICE EXPENSE | 1,460.00 | 1,460.00 | 1,460.00 | 4,380.00 |
| POSTAGE | 350.00 | 350.00 | 350.00 | 1,050.00 |
| TOTAL GENERAL & ADMINISTRATIVE | 84,281.36 | 112,328.47 | 130,875.60 | 327,485.43 |
| | | | | |
| **COST OF GOODS SOLD** | | | | |
| SALES TAX | 14,000.00 | 14,000.00 | 14,000.00 | 42,000.00 |
| INSURANCE | 25,000.00 | 25,000.00 | 25,000.00 | 75,000.00 |
| FUEL | 4,000.00 | 4,000.00 | 4,000.00 | 12,000.00 |
| PARTS | 16,775.00 | 16,775.00 | 16,775.00 | 50,325.00 |
| | | | | |
| TOTAL COST OF GOODS SOLD | 59,775.00 | 59,775.00 | 59,775.00 | 179,325.00 |
| | | | | |
| TOTAL EXPENSES | 145,356.36 | 173,403.47 | 191,950.60 | 510,710.43 |
| | | | | |
| TOTAL CASH FLOW | 42,996.41 | 60,701.97 | 42,154.84 | 145,853.22 |
| | | | | |
| **FUNDS INCREASED BY:** | | | | |
| COLLECTIONS | 188,352.77 | 234,105.44 | 234,105.44 | 656,563.65 |

| | 10/9/2009 10/31/2009 | NOVEMBER 2009 | DECEMBER 2009 | TOTAL FOR PERIOD |
|---|---|---|---|---|

## PROJECTED COMBINED CASH FLOW STATEMENT

| | 10/9/2009 10/31/2009 | NOVEMBER 2009 | DECEMBER 2009 | TOTAL FOR PERIOD |
|---|---|---|---|---|
| **FUNDS DECREASE BY:** | | | | |
| COST OF GOODS SOLD | 59,775.00 | 59,775.00 | 59,775.00 | 179,325.00 |
| SALARIES AND WAGES | 45,741.36 | 60,988.47 | 76,235.60 | 182,965.43 |
| SALARIES AND WAGES SHAREHOLDER | 9,900.00 | 13,200.00 | 16,500.00 | 39,600.00 |
| SELLING | 1,300.00 | 1,300.00 | 1,300.00 | 3,900.00 |
| GENERAL & ADMINISTRATIVE | 28,640.00 | 38,140.00 | 38,140.00 | 104,920.00 |

|                                  |            |            |            |            |
|----------------------------------|-----------:|-----------:|-----------:|-----------:|
| NET CASH DECREASE                | 145,356.36 | 173,403.47 | 191,950.60 | 510,710.43 |
| NET INCREASE (DECREASE) IN CASH  |  42,996.41 |  60,701.97 |  42,154.84 | 145,853.22 |
| CASH BEGINNING OF PERIOD         |  71,000.00 |            |            |  71,000.00 |
| CASH END OF PERIOD               | 113,996.41 |  60,701.97 |  42,154.84 | 216,853.22 |