**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

In the Matter of

ALL ISLAND TRUCK LEASING CORP.,

Debtor.

------------------------------------------------------------X

Chapter 7
Case No. 809-77670-reg

## ORDER AUTHORIZING PAYMENT OF FEES AND EXPENSES FROM SOVEREIGN CASH COLLATERAL

Upon the Stipulation and Order (the "Stipulation and Order") entered on October 20, 2010, granting the Chapter 7 Trustee (the "trustee") authority to take action with respect to the collateral of Sovereign Bank ("Sovereign"), and the trustee having filed and served upon counsel for Sovereign and the United States Trustee a copy of the proposed order with Notice of Settlement, including copies of the time and expense records maintained by the trustee, the trustee's counsel and Mark Rauch for services rendered and expenses incurred for the benefit of Sovereign for the period September 2, 2010 through October 31, 2010, and the time to file objections having expired, and no party having filed an objection to the proposed order, it is hereby

ORDERED, that the following fees for the time period of September 2, 2010 through October 31, 2010 are fixed as follows:

KENNETH KIRSCHENBAUM
   Trustee's commission                       $ 5,266.14

KIRSCHENBAUM & KIRSCHENBAUM, P.C.
   (General Counsel to Trustee)
   Attorney fees                           $ 8,880.00
   Expenses                                577.12
   Rent (for Mark Rauch's use of office space)   750.00

MARK RAUCH
   Fees                                $ 6,821.25;

and it is further

ORDERED, that the fees and expenses as fixed shall be paid from the proceeds of Sovereign's cash collateral without further order of the court; and it is further

ORDERED, that in accordance with the Stipulation and Order, the trustee is hereby

authorized to deduct the sum of $7,500.00 from Sovereign's cash collateral for the benefit of the unsecured creditors of the estate; and it is further

ORDERED, that the trustee is authorized to disburse to Sovereign the net balance of cash collateral received by the trustee during the period September 2, 2010 through October 31, 2010, as outlined in the Rider annexed hereto in accordance with the terms of the Stipulation and Order.

Dated: Central Islip, New York
      November 22, 2010

                                            **_/s/ Robert E. Grossman_**
                                            HONORABLE ROBERT E. GROSSMAN
                                            UNITED STATES BANKRUPTCY JUDGE